# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-6706 MRW | Date | October 2, 2017 |
|---|---|---|---|
| Title | Fiffles v. IPU Group North America, Inc. | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE

1. The Court reviewed the "Final Pretrial Conference Order" that Plaintiff signed and submitted last week. (Docket # 34.) The document was not "signed by all counsel" as required by Local Rule 16-7, nor was it accompanied by any statement regarding the circumstances regarding the lack of a joint filing.

2. The Court further observes that Plaintiff submitted witness and exhibit lists and proposed jury instructions (Docket # 30-32) that don't appear to be in the Court's joint format. See Docket # 24 and Judge Wilner's online procedures.

3. The defense submitted no similar documents by the deadline established in 2016. And, after several days with Plaintiff's materials in hand, the docket reflects no counter-filings from Defendants as of October 2.

4. Both Ms. Sumell (for Plaintiff) and Mr. Hudock are ordered to show cause why the Court should not impose mandatory sanctions as required by Local Rules 16-7 and 83-7. The lawyers will submit declarations (not to exceed three pages) by the close of business on Thursday, October 5, addressing these issues.

5. And, in preparation for the pretrial conference the following week, the defense should be prepared to explain why it should not be precluded from presenting any witnesses, documents, or jury instructions at trial due to its apparent failure to abide by the Court's scheduling order.