UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE FIFFLES, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>IPU GROUP NORTH AMERICA, INC., et al.,<br><br>　　　　Defendants. | Case No. 2:16-cv-06706 MRW<br><br>**ORDER OF DISMISSAL** |

THE COURT received the joint stipulation to dismiss the case pursuant to Rule 41(a)(1)(ii) and orders the entire action be dismissed with prejudice.

The Clerk shall mail, FAX or Email a copy of this Order to all counsel.

IT IS SO ORDERED.

DATED: 10/16/2017

_____
HON. MICHAEL R. WILNER
United States Magistrate Judge

ORDER